PATRICK MANZO v. MICHAEL MANZO.

May 28, 1980.

Petition for certification denied.

TOWNSHIP OF JACKSON v. ROBERT A. CARSON.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN WASHINGTON.

May 28, 1980.

Petition for certification denied.